IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DISCIPLINE OF                                    )<br>TRISTAN GILLESPIE, A MEMBER OF           )<br>THE BAR OF THE UNITED STATES            )<br>DISTRICT COURT FOR THE WESTERN       )<br>DISTRICT OF PENNSYLVANIA                   ) | Misc. No. 2:25-mc-555 |

## **ORDER**

WHEREAS, after Attorney Gillespie was suspended for a period of 4 months from the bar of the United States District Court for the District of Maryland, In re: Tristan Gillespie, Case No. 21-mc-014, and reciprocally suspended for a period of 1 year from the practice of law in the State of New York, by order of the New York State Supreme Court, Appellate Division, In the Matter of Tristan Wade Gillespie, Case No. 2024-06022, this Court issued an Order to Show Cause dated May 16, 2025 which afforded Attorney Gillespie an opportunity, in accordance with this Court's Local Rules, to show good cause, within 30 days, why a reciprocal order of suspension should not be entered by this Court, ECF #1;

WHEREAS Attorney Gillespie filed a timely response to the Order to Show Cause in which he requests that this Court defer any further action on this matter until resolution of his appeal of the Maryland district court's suspension order, or, in the alternative, reciprocally suspend him for only four months, with automatic reinstatement to the Bar of this Court at the expiration of that term, ECF #3; and

WHEREAS, by order dated May 20, 2025, the Court of Appeals for the Fourth Circuit affirmed the 4-month suspension order issued by the United States District Court for the District of Maryland, In re: Tristan W. Gillespie, Case No. 24-1810 (4th Cir., May 20, 2025), Doc. # 16 at 2.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Gillespie is reciprocally suspended for a period of one year from the Bar of the United States District Court for the Western District of Pennsylvania, effective retroactively to March 11, 2025;

IT IS FURTHER ORDERED that the Clerk of Court shall suspend Attorney Gillespie's CM/ECF User Accounts and identify Attorney Gillespie as being suspended in the Court's attorney admission records; and

IT IS FINALLY ORDERED that Attorney Gillespie must file a Petition for Reinstatement with the Clerk of Court before he can resume the practice of law before this Court. LCvR 83.3G. Because suspension of Attorney Gillespie's CM/ECF User Account will prevent him from filing documents electronically, Attorney Gillespie will be required to submit all papers for filing, including any Petition for Reinstatement, to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents could not be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Gillespie via First Class mail and electronic mail sent to the addresses that Attorney Gillespie has provided to the Clerk.

Dated:  June 17, 2025                                    BY THE COURT:

                                                         /s/ Mark R. Hornak
                                                         Mark R. Hornak
                                                         Chief United States District Judge